**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>JENSEN, JEFFREY MARK<br>JENSEN, MARILYN ANN<br>LLC, THE EXCHANGE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-06455 SPS<br><br>JUDGE Susan Pierson Sonderby |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 S. Dearborn, Courtroom 642
   Chicago, Illinois 60604

   on: **May 13, 2008**
   at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $        17,585.76

   b. Disbursements                         $             0.00

   c. Net Cash Available for Distribution   $        17,585.76

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| EUGENE CRANE<br>(Trustee Fees) | 0.00 | $2,508.58 | |

| | | |
|---|---|---|
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $1,008.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $5,967.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | $254.95 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $70,066.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 11.20%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank | $ 16,022.25 | $ 1,794.44 |
| 2 | Discover Bank | $ 21,096.16 | $ 2,362.70 |
| 3 | Discover Bank | $ 9,323.03 | $ 1,044.14 |
| 4 | Recovery Management Systems Corporation | $ 170.58 | $ 19.10 |
| 5 | Recovery Management Systems Corporation | $ 534.30 | $ 59.84 |
| 6 | GE Money Bank dba Dick's Sporting Goods | $ 225.66 | $ 25.27 |
| 7 | World Financial Network National Bank | $ 585.15 | $ 65.53 |
| 8 | Federated Retail Holdings, Inc./Marshall Fields | $ 331.32 | $ 37.11 |
| 9 | FDS Bank/Bloomingdales | $ 334.34 | $ 37.44 |
| 10 | VATIV As Agents For Palisades Collections, LLC | $ 194.73 | $ 21.81 |
| 12 | Kohls/Chase Bank USA,N.A. | $ 178.75 | $ 20.02 |
| 13 | American Express Centurion Bank | $ 7,575.42 | $ 848.42 |
| 14 | American Express Bank FSB | $ 13,495.19 | $ 1,511.41 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee

application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: residence, household goods and furnishings, furniture, 2005 Toyota Prius automobile, 2006 Jeep Commander automobile.

Dated:  **April 4, 2008**                    For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   EUGENE CRANE
Address:   135 S. LaSalle Street, #3705
           Chicago, IL  60603
Phone No.: (312) 641-6777

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2            Date Rcvd: Apr 04, 2008
Case: 06-06455                 Form ID: pdf002              Total Served: 55

The following entities were served by first class mail on Apr 06, 2008.
db            Jeffrey Mark Jensen,    2532 Violet Street,    Glenview, IL 60026-8033
jdb           Marilyn Ann Jensen,     2532 Violet Street,    Glenview, IL 60026-8033
aty          +Melvin J Kaplan,   Melvin J  Kaplan & Associates,    55 E Jackson Blvd Suite 650,
               Chicago, IL 60604-4402
tr           +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
10762082     +American Express,    300 International Drive, Suite 100,    Williamsville, NY 14221-5783
10762083      American Express,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
11232806      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11232805      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10762086      Amex,   P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
10762084      Amex,   P.O. Box 7871,    Fort Lauderdale, FL 33329
10762087     +Bank of America,    P.O. Box 26012,    Greensboro, NC 27420-6012
10762090     +Bank of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
10762091     +Bank of America - Fleet Visa,    1825 E. Buckeye Road,    Phoenix, AZ 85034-4216
10762093     +Bank of America - Visa,    1825 E. Buckeye Road,    Phoenix, AZ 85034-4216
10762094      Bloomdsnb,    911 Duke Blvd.,    Mason, OH 45040
10762095     +Capital One,    P.O. Box 60000,    Seattle, WA 98190-6000
10762097     +Capital One Bank,    P.O. Box 85015,    Richmond, VA 23285-5015
10762100     +Capital One Visa,    P.O. Box 25131,    Richmond, VA 23276-0001
10762104     +Citi Financial,    P.O. Box 222178,    Charlotte, NC 28222-2178
10762105     +Citi Financial,    4500 New Linden Hill Road,    Wilmington, DE 19808-2922
10762106     +Citibank,    P.O. Box 6404,    The Lakes, NV 88901-6404
10762107      Daimler Chrysler Financial Services Americas LLC,    c/o Riezman Berger PC,
               7700 Bonhomme Ave 7th Ave,    St Louis, MO 63105
11159255      Dick’s Sporting Goods,    GE Consumer Finance,    PO Box 960061,    Orlando, FL 32896-0061
10762116     +EMC Mortgage,    909 Hiden RDG, #200,    Irving, TX 75038-3826
10762117     +EMC Mortgage Corp.,    P.O. Box 141358,    c/o McCalla Raymer LLC,    1544 Old Alabama Road,
               Roswell, GA 30076-2102
11152381     +FDS Bank/Bloomingdales,    c/o Tsys Debt Mgmt., Inc.,    PO Box 137,    Columbus, GA 31902-0137
11152348     +Federated Retail Holdings, Inc./Marshall Fields,    c/o Tsys Debt Mgmt., Inc.,    PO Box 137,
               Columbus, GA 31902-0137
11096911     +GE Consumer Finance,    For GE Money Bank,    dba Dick’s Sporting Goods,    PO Box 960061,
               Orlando FL 32896-0061
10762118     +GEMB/Banan,    P.O. Box 981400,    C11G,    El Paso, TX 79998-1400
10762119      GEMB/Dicks,    P.O. Box 981127,    El Paso, TX 79998-1127
10762120     +GEMB/Gap,    P.O. Box 981400,    C10T,    El Paso, TX 79998-1400
10762121      J Crew,    P.O. Box 182273,    Columbus, OH 43218-2273
10762122     +Kohl/Chase,    N56 W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
11190872     +Kohls/Chase Bank USA,N.A.,    P O Box 740933,    Dallas, TX 75374-0933
10762123     +Loyola University Health Systems,    c/o National Credit,    9919 W. Roosevelt Rd., Ste. 329,
               Westchester, IL 60154-2774
10762124     +Loyola University Medical Center,    2160 S. First Avenue,    Maywood, IL 60153-3328
10762126     +MBNA America,    P.O. Box 17054,    Wilmington, DE 19884-0001
10762132     +MBNA Mastercard,    P.O. Box 15289,    Wilmington, DE 19886-5289
10762133     +MBNA/Amex,    P.O. Box 15720,    Wilmington, DE 19850-5720
10762125     +Marshall Field’s,    300 Sheffield Center,    Lorain, OH 44055-3129
10762135      Nordstrom,    See Branch Listing,    Seattle, WA 98111
10762136     +Palisades,    87 S. Commerce Way,    Ste. 700,    Bethlehem, PA 18017-8928
10762137     +Perry Mandera,    3630 Lawson,    Glenview, IL 60026-1106
11096761     +Recovery Management Systems Corporation,    For GE Money Bank,    dba Gap LinkCard,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11096762     +Recovery Management Systems Corporation,    For GE Money Bank,    dba BANANA REPUBLIC,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10762138      Sebring Capital,    P.O. Box 117198,    Carrollton, TX 75011-7198
10762139     +T-Mobile,    c/o Amsher Collectio Svs, Inc.,    600 Beacon Parkway, Ste. 300,
               Birmingham, AL 35209-3114
11153169     +VATIV As Agents For Palisades Collections, LLC,    PO Box 19249,    Sugar Land, TX 77496-9249
10762140      WFFNB/VS,    P.O. Box 182128,    Columbus, OH 43218-2128
10762141     +Wicks Furniture,    P.O Box 105980,    Atlanta, GA 30353-5980
11099120     +World Financial Network National Bank,    J Crew,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339

The following entities were served by electronic transmission on Apr 05, 2008.
10762102     +Fax: 602-221-4614 Apr 05 2008 03:10:39      Chase,    2000 Marcus Avenue,
               New Hyde Park, NY 11042-1036
10762103     +Fax: 602-221-4614 Apr 05 2008 03:10:39      Chase Auto Finance,    P.O. Box 5210,
               New Hyde Park, NY 11042-5210
10762108      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 05 2008 03:03:10      Discover Card,
               P.O. Box 15316,    Wilmington, DE 19850
11159255      E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2008 03:01:55      Dick’s Sporting Goods,
               GE Consumer Finance,    PO Box 960061,    Orlando, FL 32896-0061
11096373     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 05 2008 03:03:10
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
11096911     +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2008 03:01:56      GE Consumer Finance,
               For GE Money Bank,    dba Dick’s Sporting Goods,    PO Box 960061,    Orlando FL 32896-0061
10762120     +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2008 03:01:55      GEMB/Gap,    P.O. Box 981400,    C10T,
               El Paso, TX 79998-1400
11096761     +E-mail/PDF: rmscedi@recoverycorp.com Apr 05 2008 03:02:12
               Recovery Management Systems Corporation,    For GE Money Bank,    dba Gap LinkCard,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Apr 04, 2008
Case: 06-06455                Form ID: pdf002          Total Served: 55

The following entities were served by electronic transmission (continued)
11096762       +E-mail/PDF: rmscedi@recoverycorp.com Apr 05 2008 03:02:14
                Recovery Management Systems Corporation,    For GE Money Bank,    dba BANANA REPUBLIC,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                             TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
                Chicago, IL 60603-4101
10762085*       Amex,    P.O. Box 7871,    Fort Lauderdale, FL 33329
10762088*      +Bank of America,    P.O. Box 26012,    Greensboro, NC 27420-6012
10762089*      +Bank of America,    P.O. Box 26012,    Greensboro, NC 27420-6012
10762092*      +Bank of America - Fleet Visa,    1825 E. Buckeye Road,    Phoenix, AZ 85034-4216
10762096*      +Capital One,    P.O. Box 60000,    Seattle, WA 98190-6000
10762098*      +Capital One Bank,    P.O. Box 85015,    Richmond, VA 23285-5015
10762099*      +Capital One Bank,    P.O. Box 85015,    Richmond, VA 23285-5015
10762101*      +Capital One Visa,    P.O. Box 25131,    Richmond, VA 23276-0001
10762109*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Card,    P.O. Box 15316,    Wilmington, DE 19850)
10762110*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Card,    P.O. Box 15316,    Wilmington, DE 19850)
10762111*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Card,    P.O. Box 15316,    Wilmington, DE 19850)
10762112*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Card,    P.O. Box 15316,    Wilmington, DE 19850)
10762113*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Card,    P.O. Box 15316,    Wilmington, DE 19850)
10762114*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Card,    P.O. Box 15316,    Wilmington, DE 19850)
10762115*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Card,    P.O. Box 15316,    Wilmington, DE 19850)
10762127*      +MBNA America,    P.O. Box 17054,    Wilmington, DE 19884-0001
10762128*      +MBNA America,    P.O. Box 17054,    Wilmington, DE 19884-0001
10762129*      +MBNA America,    P.O. Box 17054,    Wilmington, DE 19884-0001
10762130*      +MBNA America,    P.O. Box 17054,    Wilmington, DE 19884-0001
10762131*      +MBNA America,    P.O. Box 17054,    Wilmington, DE 19884-0001
10762134*      +MBNA/Amex,    P.O. Box 15720,    Wilmington, DE 19850-5720
                                                                                    TOTALS: 0, * 22
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2008**                    **Signature:**   *Joseph Speetjens*