IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| JENSEN, JEFFREY MARK | |
| JENSEN, MARILYN ANN | CASE NO. 06-06455 SPS |
| LLC, THE EXCHANGE | |
| | HONORABLE Susan Pierson Sonderby |
| Debtor(s) | |

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

The Trustee having filed his/her Final Account, and the Trustee having certified that the estate has been fully administered pursuant to FRBP 5009 and no objections having been field to the Final Account:

IT IS HEREBY ORDERED that the Final Account is approved, that the Trustee is discharged, and that the case shall be closed pursuant to 11 U.S.C. §350.

_____    _____
DATE                      UNITED STATES BANKRUPTCY JUDGE